

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

January 21st, 1939

Hon. P. L. Marquess, County Auditor
Wharton County
Wharton, Texas

Dear Mr. Marquess:

Opinion No. O-150
Re: Right of Treasurer to
claim commissions upon
funds transferred from one
fund to another within a
Conservation & Reclamation
District

In your letter of January 14th, 1939, ad-
dressed to this department, you state that the Whar-
ton Conservation & Reclamation District #1 has accu-
mulated enough money in its Interest and Sinking Fund
to pay off the outstanding bonds of said district at
maturity, and has created a surplus in the Mainten-
ance Fund.

You asked a question of whether or not Art.
8148 provides commissions for the Treasurer of such
district under the above state of facts. Art. 8148
Revised Civil Statutes of Texas, 1925, is as follows:

"The treasurer shall be allowed as pay
for his services as such, one-fourth of one
per cent upon all money received by him for
the account of such district, and one-eighth
of one per cent upon all money by him paid
out upon the order of the district. He shall
not be entitled to any commissions on any
district money received by him from his pre-
decessor in office."

By the language of such statute it is clear-
ly seen that it was contemplated by the Legislature

that the commissions therein provided for were to
be paid the treasurer for all sums of money received
by him for the account and the benefit of such dis-
trict and for all sums of money paid out by the dis-
trict as legitimate expenses. Under the state of
facts as presented by you, it is quite clear that
the district received no money, nor was any money paid
out by the district. It represents but a transfer
of funds from one fund to another within the district
itself. The statute makes no provision for commis-
sions to be paid the treasurer for transferring funds
within the district.

You are therefore respectfully advised that
the treasurer of the Conservation & Reclamation Dis-
trict #1 is not entitled to any commissions for hav-
ing made the transfers mentioned by you.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By  Lloyd Armstrong
Assistant

LA:OMB

APPROVED

(Signed)  Gerald C. Mann
ATTORNEY GENERAL OF TEXAS